IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00011-WYD-MEH

PAUL M. FERGUSON,

    Plaintiff,

v.

U.S. BANCORP,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 14, 2007.**

The Proposed Motion for Protective Order [Filed May 14, 2007; Docket #9] is **denied** without prejudice for failure to comply with D.C.Colo.L.Civ.R. 7.1.F. The proposed protective order is to be submitted as an attachment to a stipulated motion.