IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00011-WYD-MEH

PAUL M. FERGUSON,

     Plaintiff,

v.

U.S. BANCORP,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 15, 2007.**

     Based upon the parties' agreement, and the entire record herein, Defendant's Unopposed Motion for Court Approval of Stipulated Protective Order [Filed May 14, 2007; Docket #12] is **granted**. The Court will sign the Protective Order and enter it on the record.