IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00011-WYD-MEH

PAUL M. FERGUSON,

    Plaintiff,

v.

U.S. BANCORP,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Affidavit of Attorney's Fees and Supplement. Dock. ##40, 41. The Court ordered sanctions against Plaintiff based on his Response to the Order to Show Cause by awarding Defendant its reasonable expenses and fees incurred in drafting the Motion to Compel and Reply. Dock. #36. That Order, and the Order on Pending Discovery Motions, docket #34, are incorporated herein by reference. The Court has reviewed the affidavit and invoices and determines that fees in the amount of $1,625.00 are reasonable for the Motion to Compel and Reply. Plaintiff shall compensate Defendant, in care of Defendant's counsel, its reasonably-expended attorney's fees in the amount of $1,625.00 on or before **December 28, 2007**. Either party may submit a Certificate of Compliance on or before December 31, 2007.

Dated at Denver, Colorado this 5th day of December, 2007.

BY THE COURT:

   s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge