IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00011-WYD-MEH

PAUL M. FERGUSON,

    Plaintiff,

v.

U.S. BANCORP,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, December 5, 2007.**

    Counsel for Plaintiff's Motion to Withdraw [Filed December 3, 2007; Docket #45] is **granted**. Ms. Ritter's representation of Plaintiff is **terminated**.

    The Notification of Intent to Withdraw in Accordance with D.C.Colo.L.Civ.R. 83.3(D) [Docket #46], filed as a motion, is **terminated**.