IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00011-WYD-MEH

PAUL M. FERGUSON,

    Plaintiff,

v.

U.S. BANCORP,

    Defendant.

## ORDER OF DISMISSAL

    Pursuant to and in accordance with the Stipulation for Dismissal with Prejudice, signed by the attorneys for the parties hereto, it is hereby

    ORDERED that the Complaint and cause of action are **DISMISSED WITH PREJUDICE** in accordance with the parties' settlement agreement.

    Dated:  January 11, 2008

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge